IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH D. AVERZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3D/INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | Civil Case No. WDQ 02-620 |

**CONSENT MOTION TO EXTEND THE DATE
FOR SUBMISSION OF THE PRETRIAL ORDER**

Defendant, 3D/International, Inc. ("3D/I"), through counsel, respectfully submits this Consent Motion to Extend the Date for Submission of the Pretrial Order ("Consent Motion"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 105.9. As grounds for this Consent Motion, the parties state the following:

1. Currently, the pretrial order is scheduled for submission to the court on or before April 25, 2003. Accordingly, counsel for Plaintiff Joseph Averza ("Mr. Averza") served a copy of a draft upon Defendant's counsel by April 10, 2003, and counsel for Defendant 3D/I must serve any proposed revisions and additions upon Plaintiff's Counsel on or before April 18, 2003.

2. 3D/I's counsel has been out of the office on Family and Medical Leave Act leave, and has just returned to the office on April 17, 2003.

3. Mr. Averza's counsel is scheduled to be out of the office from April 18 through April 25, 2003.

4. 3D/I's counsel therefore requests that the date for submission of the pretrial order

be extended until April 29, 2003 in order to grant both sides sufficient time to complete their proposed drafts and conduct meaningful discussions on potential revisions.

    5.    Counsel for all parties have consented to the relief requested herein.

For the reasons stated above, and for good cause shown, the parties respectfully request that the Court grant this Consent Motion, and extend the date for submission of the pretrial order until April 29, 2003, the mutually agreed date listed in the attached Proposed Order.


Dated: April 17, 2003                                              Respectfully submitted,

                                                                               /s/
                                            Maria A. Perugini (Bar No. 12161)
                                            Douglas C. Adams (Bar No. 15410)
                                            LITTLER MENDELSON, P.C.
                                            1225 I Street N.W.
                                            Suite 1000
                                            Washington, DC  20005
                                            (202) 842-3400  Telephone
                                            (202) 842-0011  Facsimile

                                            Attorneys for Defendant 3D/International, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH D. AVERZA,<br><br>     Plaintiff,<br><br>v.<br><br>3D/INTERNATIONAL, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. WDQ 02-620<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND THE DATE FOR SUBMISSION OF THE PRETRIAL ORDER**

1.  Federal Rule of Civil Procedure 6(b)(1) and Local Rule 105.9.

Dated: April 17, 2003

Respectfully submitted,

_____/s/_____
Maria A. Perugini (Bar No. 12161)
Douglas C. Adams (Bar No. 15410)
LITTLER MENDELSON, P.C.
1225 I Street N.W.
Suite 1000
Washington, DC 20005
(202) 842-3400  Telephone
(202) 842-0011  Facsimile

Attorneys for Defendant 3D/International, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH D. AVERZA, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>3D/INTERNATIONAL, INC., )<br>)<br>      Defendant. )<br>) | Civil Case No. WDQ 02-620 |

**PROPOSED ORDER**

      Upon consideration of the Consent Motion to Extend the Date for Submission of the Pretrial Order, the Memorandum of Points and Authorities in support thereof, and the entire record herein, and for good cause shown, it is hereby

      ORDERED that the Motion is GRANTED, and the date for submission of the pretrial order shall be extended until April 29, 2003.

Date:  _____             _____
                                                                 William D. Quarles
                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2003, a copy of the foregoing Consent Motion to Extend the Date for Submission of the Pretrial Order, Memorandum of Points and Authorities in support thereof, and Proposed Order were served via first class U.S. mail, postage prepaid, upon:

> Mary T. Keating, Esquire
> 728 Deepdene Road
> Baltimore, MD  21210
>
> Attorney for Plaintiff Joseph D. Averza

　　　　　　　　　　　　/s/
　　　　　　　　Maria A. Perugini