# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

May 2, 2003

Mary T. Keating, Esquire
728 Deepdene Road
Baltimore, Maryland 21210

Maria A. Perugini, Esquire
Littler Mendelson, P.C.
1225 I Street, N.W., Suite 1000
Washington, D.C. 20005

<u>Re: Averza v. 3D International, Inc.  Civil No.  WDQ-02-620</u>

Dear Counsel:

      This case has been scheduled for a bench trial on June 17, 2003.  The trial is expected to last two to three days.

      Despite its informal nature, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge