IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH D. AVERZA, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WDQ02-CV-620 |
| 3D INTERNATIONAL, INC., | * | |
| Defendant | * | |

* * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule 111, it is hereby stipulated and agreed by and between Plaintiff Joseph D. Averza and Defendant 3D International, Inc. that this action is dismissed in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees.

_____
Mary T. Keating
Federal Bar No. 04265
728 Deepdene Road
Baltimore, Maryland 21210
(410) 532-8900

Attorney for Plaintiff

_____
Maria A. Perugini
Federal Bar No.
Littler Mendelson, P.C.
1225 I Street, N.W., Suite 1000
Washington, DC 20005
(202) 842-3400

Attorney for Defendant

APPROVED:


_____
William D. Quarles, United States District Judge